IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVSION

| | | |
|---|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP<br>AMARILLO FAMILY PHYSICIANS, PA and<br>AMARILLO LEGACY MEDICAL ACO, LLC<br><br>Plaintiffs,<br><br>v.<br><br>AKOS MD IPA, LLC, AND<br>GENUINE HEALTH GROUP, LLC<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 2:23-CV-00026-Z |
| GENUINE HEALTH GROUP, LLC<br><br>Third Party Plaintiff<br><br>v.<br><br>MARY BLACK<br><br>Third Party Defendant. | § § § § § § § § § § | |

**DEFENDANT GENUINE HEALTH GROUP'S CERTIFICATE OF CONFERENCE
REGARDING MOTION FOR STATUS CONFERENCE
AND TO MODIFY SCHEDULING ORDER (ECF 78)**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order (ECF 79), Defendant GENUINE HEALTH GROUP ("GHG" or "Defendant"), by and through its counsel of record, files this Certificate of Conference regarding Motion for Status Conference and to Modify Scheduling Order filed August 23, 2024 ("Motion") (ECF 78) and shows the Court:

1

I hereby certify that, on the 24th day of August 2024, I conferred with counsel for Plaintiffs, Richard Biggs, via electronic mail. On August 26, 2024, Mr. Biggs indicated that he is not opposed to the relief sought in the Motion (ECF 78).

Additionally, I hereby certify that, on the 26th day of August 2024, I conferred with Austin Caldera, counsel for Defendant Mary Black. Mr. Caldera indicated that he is not opposed to modification of the scheduling order as to deadlines that may affect the Plaintiffs, but he is opposed to modification of the scheduling order as to deadlines affecting Defendant Mary Black. Mr. Caldera is not opposed to GHG's request for a status conference.

Respectfully submitted,

YOUNG FIRM, PC

By: /s/ Jeremi K. Young
Jeremi K. Young, TX SBN 24013793
905 S. Fillmore, Suite 101
Amarillo, Texas  79101
Tel:  (806) 331-1800
Fax:  (806) 398-9095
jyoung@youngfirm.com

-       AND  -

K&L GATES LLP
Carol Lumpkin, FL SBN 797448
Admitted Pro Hac Vice
200 S. Biscayne Blvd., Suite 3900
Miami, Florida 33131
Tel: (305) 539-3300
Fax: (305) 358-7095
Carol.lumpkin@klgates.com

**Attorneys for Defendant Genuine Health Group, LLC**

**CERTIFICATE OF SERVICE**

   I hereby certify that, on the 26th day of August 2024, the foregoing document was electronically transmitted to the Clerk of the Court for filing via the Court's ECF System, and service of Notice of Electronic Filing was made to the ECF registrants shown below:

Richard Biggs
MULLIN HOARD & BROWN, L.L.P.
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
E-mail:  rbiggs@mhba.com

Graigory B. Fancher
Austin L. Caldera
BOURLAND, WALL & WENZEL, P.C.
301 Commerce Street, Suite 2500
Fort Worth, Texas 76102-4125
Email: gfancher@bwwlaw.com
    acaldera@bwwlaw.com

Shawn Twing
Twing Law Group
5005 Lexington Sq.
Amarillo, TX 79119-6576
Email: shawn@twinglawgroup.com

                  By: /s/ Jeremi K. Young
                  Jeremi K. Young