IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:23-CV-026-Z-BR |
| AKOS MD IPA, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR STATUS CONFERENCE AND TO MODIFY SCHEDULING ORDER

Before the Court is Defendant Genuine Health Group's Motion for Status Conference and to Modify Scheduling Order. (ECF 78). Defendant filed its motion on August 23, 2024, and by that motion requests that the Court "schedule a conference for the purpose of discussing status of the litigation, including the feasibility of complying with the remaining deadlines contained in the current scheduling order." (*Id.* at 2). Defendant supplemented its motion on August 26, 2024 with a certification that no parties are opposed to the request for a status conference or to modification of particular deadlines in the scheduling order. (ECF 80).

After considering the motion, the Court finds that it should be GRANTED. A status conference will be held before the undersigned on **September 9, 2024 at 9:30 a.m.** in the Second Floor Courtroom of the Mary Lou Robinson United States Courthouse, 205 S.E. 5th Ave., Amarillo, Texas. Lead counsel for each party shall attend in-person; other counsel may also attend the conference. The Court will issue a Third Amended Scheduling Order after the conference.

IT IS SO ORDERED.

ENTERED August 28, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE