IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP<br>AMARILLO FAMILY PHYSICIANS, PA and<br>AMARILLO LEGACY MEDICAL ACO, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>AKOS MD IPA, LLC, and<br>GENUINE HEALTH GROUP, LLC<br><br>*Defendants*,<br><br>and<br><br>GENUINE HEALTH GROUP, LLC<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>MARY BLACK<br><br>*Third-Party Defendant*. | Civil Action No. 2:23-cv-00026-Z-BR |

## THIRD-PARTY DEFENDANT MARY BLACK'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Fed. R. Civ. P. 7.1 and Northern District of Texas Local Civil Rule LR 7.4, Third-Party Defendant Mary Black provides the following information:

For a nongovernmental corporate party, the name of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. N/A.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

1. Mary Black.

Respectfully submitted,

*/s/ Graigory B. Fancher*
Graigory B. Fancher
State Bar No. 24052016
gfancher@bwwlaw.com
Austin L. Caldera
State Bar No. 24105284
acaldera@bwwlaw.com
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Suite 2500
Fort Worth, Texas 76102-4125
Telephone: (817) 877-1088
Facsimile: (817) 877-1636

Shawn D. Twing
State Bar No. 00798008
shawn@twinglawgroup.com
Twing Law Group
5005 Lexington Sq.
Amarillo, Texas 79119-6576
Telephone: (806) 223-6210

**ATTORNEYS FOR THIRD-PARTY DEFENDANT MARY BLACK**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court and served on all counsel of record via the Court's CM/ECF system.

*/s/ Graigory B. Fancher*
Graigory B. Fancher