IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVSION

| | | |
|---|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP<br>AMARILLO FAMILY PHYSICIANS, LLP and<br>AMARILLO LEGACY MEDICAL ACO, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>AKOS MD IPA, LLC, AND<br>GENUINE HEALTH GROUP, LLC<br><br>    Defendants.<br><br>GENUINE HEALTH GROUP, LLC<br><br>    Third Party Plaintiff<br><br>v.<br><br>MARY BLACK<br><br>    Third Party Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:23-CV-00026-Z |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs Amarillo Medical Specialists, LLP, Amarillo Family Physicians, LLP and Amarillo Legacy Medical ACO, LLC, provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: none

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

**For Amarillo Medical Specialists, LLP:**

1. Kalil Al-Nassir, M.D.
2. William Biggs, M.D.
3. Ako Bradford, M.D.
4. Kenneth Brantley, M.D.
5. Nam Do, M.D.
6. Christopher Gulley, M.D.
7. Alan Keister, M.D.
8. Tarek Naguib, M.D.
9. Susan Neese, M.D.
10. Steven Norris, M.D.
11. Carlos Plata, M.D.
12. Lawrence Schaeffer, M.D.
13. Janet Schwartzenberg, M.D.
14. Ryan Smithee, M.D.

**For Amarillo Family Physicians, LLP:**

1. Mark E. Stevens, M.D. (Retired 06/30/2024)
2. Victor L. Bravo, M.D.
3. David L. Tyson, M.D.
4. Bart A. Britten, M.D.
5. J. Brian Malone, D.O.
6. Julie R. Allman, M.D.
7. Abby S. Clark, M.D.

8. Armando Salcido, M.D.

9. Lance S. Martin, M.D.

10. Anna C. Burson, M.D.

11. Montana J. O'Dell, M.D.

**For Amarillo Legacy Medical ACO, LLC**

1. Amarillo Medical Specialists, LLP

2. Cardiology Center of Amarillo, LLP

3. BSA Hospital, LLC

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Plaintiffs inform the Court that Amarillo Medical Specialists, LLP, Amarillo Family Physicians, LLP and Amarillo Legacy Medical ACO, LLC are all residents of Texas as all of the partners or members are Texas residents.

Respectfully submitted,

**MULLIN HOARD & BROWN, L.L.P.**
Richard Biggs, Texas Bar No. 24064899
500 South Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050 – Telephone
(806) 372-5086 – Facsimile

/s/ Richard Biggs
Richard Biggs

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on September 16, 2024 a true and correct copy of the above document has been served on all parties who receive service via ecf:

/s/Richard Biggs
Richard Biggs