IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AKOS MD IPA, LLC, *et al.*, <br><br> Defendants. | 2:23-CV-26-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to order Plaintiffs and the Cross-Claimant in this case to move for entry of default and for default judgment. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 84. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**.

Further, Plaintiffs and Cross-Claimant Genuine Health Group, LLC are hereby **ORDERED** to (1) move for entry of default (2) move for default judgment against Defendant and Cross Defendant AKOS MD IPA, LLC **within fifteen days after the issuance of this order**.

**SO ORDERED.**

October 7, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE