IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP §<br>AMARILLO FAMILY PHYSICIANS, PA and §<br>AMARILLO LEGACY MEDICAL ACO, LLC §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>AKOS MD IPA, LLC, AND §<br>GENUINE HEALTH GROUP, LLC §<br>§<br>Defendants, §<br>§<br>GENUINE HEALTH GROUP, LLC §<br>§<br>Defendant/Third-Party Plaintiff, §<br>§<br>v. §<br>§<br>MARY BLACK §<br>§<br>Third-Party Defendant. § | Civil Action No. 2:23-CV-00026-Z |

**APPENDIX TO DEFENDANT GENUINE HEALTH
GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.6., Defendant Genuine Health Group, LLC ("Defendant" or "GHG"), by and through its undersigned counsel, files this Appendix to Defendant GHG's Motion for Summary Judgment and Brief in Support. The following supporting documents are attached:

| EXHIBIT NO. | DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|---|
| 1 | Deposition of Mary Jo Zallar, conducted August 6, 2024 | **APPX 0001-0075** |
| 2 | Deposition Exhibit 63 – Dr. Biggs email dated December 21, 2022 concerning update on ACO Reach Problem | APPX 0076-0078 |
| 3 | Deposition of Amelia Nelson, conducted June 19, 2025 | APPX 0079-0095 |
| 4 | Deposition of William Biggs, conducted August 9, 2024 and August 9, 2025 | APPX 0096-0189 |
| 5 | Mary Black's lawsuit | APPX 0190-0214 |
| 6 | ECF Doc 12-1 – Affidavit of David Salazar | APPX 0215-0219 |
| 7 | ECF Doc 28-1 – Affidavit of Sean Leimbach | APPX 0220-0225 |
| 8 | Deposition Exhibit 42 – M. Black email dated September 2, 2022 | APPX 0226-0229 |
| 9 | Deposition Exhibit 12 – Email from Amelia Nelson to William Biggs, MD, et al. dated April 6, 2022 | APPX 0230 |
| 10 | Deposition of David L. Tyson, M.D., conducted August 5, 2025 | APPX 0231-0261 |
| 11 | ECF Doc 28-1 – S. Leimbach email concerning Disclaimer dated August 26, 2022 | APPX 0262 |
| 12 | Deposition Exhibit 40 – January 1, 2023 AKOS MD IPA, LLC ACO Reach Manager Agreement with Amarillo Medical Legacy | APPX 0263-0274 |
| 13 | Deposition Exhibit 41 – January 1, 2023 AKOS MD IPA, LLC Amended and Restated Participant Agreement with Amarillo Medical Specialists, LLP | APPX 0275-0303 |
| 14 | Deposition Exhibit 67 – July 1, 2019 Amarillo Legacy Medical ACO ACO Participation Agreement with Amarillo Medical Specialists, LLP | APPX 0304-0324 |
| 15 | Deposition Exhibit 68 – July 1, 2019 Amarillo Legacy Medical ACO ACO Participation Agreement with Amarillo Family Physicians Clinic, PA | APPX 0325-0345 |
| 16 | Deposition Exhibit 85 – August 25, 2022 Amended and Restated Provider Participation Agreement between NTX Catalyst Senior Health Network, Inc. and Amarillo Medical Specialists, LLP. | APPX 0346-0383 |
| 17 | Deposition Exhibit 83 – Plaintiff's Response on calculations of damages dated November 14, 2024 | APPX 0384-0388 |
| 18 | Deposition Exhibit 53 – Zallar email to Mark Porter concerning Reach issues dated December 15, 2022 | APPX 0389 |

Respectfully submitted,

YOUNG FIRM, PC

By: /s/ Jeremi K. Young
Jeremi K. Young, TX SBN 24013793
301 S. Polk St., Suite 320
Amarillo, Texas  79101
Tel:  (806) 331-1800
Fax:  (806) 398-9095
jyoung@youngfirm.com

-   AND  -

K&L GATES LLP
Carol Lumpkin, FL SBN 797448
Admitted Pro Hac Vice
200 S. Biscayne Blvd., Suite 3900
Miami, Florida 33131
Tel: (305) 539-3300
Fax: (305) 358-7095
Carol.lumpkin@klgates.com

**Attorneys for
Genuine Health Group, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of August, 2025, the foregoing document was electronically transmitted to the Clerk of the Court for filing via the Court's ECF System, and service of Notice of Electronic Filing was made to the ECF registrants shown below:

Richard Biggs
MULLIN HOARD & BROWN, L.L.P.
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
E-mail:  rbiggs@mhba.com

Graigory B. Fancher
Austin L. Caldera
BOURLAND, WALL & WENZEL, P.C.
301 Commerce Street, Suite 2500
Fort Worth, Texas 76102-4125
Email: gfancher@bwwlaw.com
       acaldera@bwwlaw.com

Shawn Twing
Twing Law Group
5005 Lexington Sq.
Amarillo, TX 79119-6576
Email: shawn@twinglawgroup.com

                      By: /s/ Jeremi K. Young
                          Jeremi K. Young