# Exhibit A

**Attachment A**

**JOINDER AGREEMENT**

Each undersigned individual ("Provider") hereby acknowledges, agrees, and confirms that, by execution of this Joinder Agreement, Provider will be bound by the terms of this ACO Reach Participant Provider Agreement and to perform those duties and obligations assumed by ACO Participant on Provider's behalf under the terms of the Agreement.  Specifically, Provider agrees to comply with all requirements of the ACO REACH Model.

By: _____

ANNA CHRISTELLA BURSON

Print Name:

1437109394

National Provider Identifier:

Family Medicine

Primary Specialty

By: _____

BART ALOYSIUS BRITTEN

Print Name:

1083757504

National Provider Identifier:

Family Medicine

Primary Specialty

By: _____

JULIE RAY ALLMAN

Print Name:

1700822004

National Provider Identifier:

Family Medicine

Primary Specialty

By: _____

LANCE MARTIN

Print Name:

1104147990

National Provider Identifier:

Family Medicine

Primary Specialty

By: _____

TONIA HUDSON

Print Name:

1053359778

National Provider Identifier:

Physician Assistant

Primary Specialty

By: _____

ABBY SABRINA CLARK

Print Name:

1467686394

National Provider Identifier:

Family Medicine

Primary Specialty

ALMA_000847

**Attachment A**

**JOINDER AGREEMENT**

Each undersigned individual ("Provider") hereby acknowledges, agrees, and confirms that, by execution of this Joinder Agreement, Provider will be bound by the terms of this ACO Reach Participant Provider Agreement and to perform those duties and obligations assumed by ACO Participant on Provider's behalf under the terms of the Agreement.  Specifically, Provider agrees to comply with all requirements of the ACO REACH Model.

By: _____

JAMES BRIAN MALONE

Print Name:

1295920163

National Provider Identifier:

Family Medicine

Primary Specialty

By: _____

Allison Bromwell

Print Name:

1871965285

National Provider Identifier:

Nurse Practitioner

Primary Specialty

By: _____

DAVID E BRISTER

Print Name:

1568409589

National Provider Identifier:

Family Medicine

Primary Specialty

By: _____

VICTOR L BRAVO

Print Name:

1528012044

National Provider Identifier:

Family Medicine

Primary Specialty

By: _____

DAVID L TYSON

Print Name:

1497702708

National Provider Identifier:

Family Medicine

Primary Specialty

By: _____

ARMANDO SALCIDO

Print Name:

1467779934

National Provider Identifier:

Family Medicine

Primary Specialty

ALMA_000848

**Attachment A**

**JOINDER AGREEMENT**

Each undersigned individual ("Provider") hereby acknowledges, agrees, and confirms that, by execution of this Joinder Agreement, Provider will be bound by the terms of this ACO Reach Participant Provider Agreement and to perform those duties and obligations assumed by ACO Participant on Provider's behalf under the terms of the Agreement.  Specifically, Provider agrees to comply with all requirements of the ACO REACH Model.

By: _____

MARK E STEVENS
Print Name:

1891732897
National Provider Identifier:

Family Medicine
Primary Specialty


By: _____

MONTANA JOE O'DELL
Print Name:

1447747860
National Provider Identifier:

Family Medicine
Primary Specialty


By: _____

_____
Print Name:

_____
National Provider Identifier:

_____
Primary Specialty


By: _____

_____
Print Name:

_____
National Provider Identifier:

_____
Primary Specialty


By: _____

_____
Print Name:

_____
National Provider Identifier:

_____
Primary Specialty


By: _____

_____
Print Name:

_____
National Provider Identifier:

_____
Primary Specialty

ALMA_000849

# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVSION

AMARILLO MEDICAL SPECIALISTS, LLP §
AMARILLO FAMILY PHYSICIANS, LLP and §
AMARILLO LEGACY MEDICAL ACO, LLC §
§
      Plaintiffs, §
§
v. §
§
AKOS MD IPA, LLC, AND §
GENUINE HEALTH GROUP, LLC §
§     Civil Action No. 2:23-CV-00026-Z
      Defendants. §
§
GENUINE HEALTH GROUP, LLC §
§
      Third Party Plaintiff §
§
v. §
§
MARY BLACK §
§
      Third Party Defendant §

### AFFIDAVIT OF AMELIA NELSON

COUNTY OF POTTER     §
STATE OF TEXAS      §

    BEFORE ME, the undersigned notary, on this day, personally appeared Amelia Nelson, a person whose identity is known to me. After I administered an oath to her, upon heroath, she said:

    1.    My name is Amelia Nelson, I am over the age of 18, and I am qualified to make this affidavit. Unless otherwise noted, the statements of fact are based on my personal knowledge and are true and correct.

    2.    I am the CEO of Amarillo Family Physicians ("AFP"). In this role, I keep notes of

meetings on agendas which regularly take place.

3.      AFP is presently in the process of moving locations. As part of this process, I am destroying ancient and unnecessary documents.

4.      At my deposition, I testified that I may have shredded my notes of AFP meetings. While I had shredded some agendas (my records went back to the 1990's), I preserved the agendas from 2022 to the present. I have since provided those records to my attorney, and they are attached to this affidavit. I do not believe any of the agendas discussed in my deposition which related to this case were destroyed.

5.      Further, affiant sayeth naught.

_Amelia Nelson_
Amelia Nelson

SWORN TO and SUBSCRIBED BEFORE ME on this 16th day of September, 2025.



_Adrian K. Sellinger_
Notary Public in and for the State of Texas

ADRIAN R. SELLINGER
My Notary ID # 135524401
Expires July 21, 2029

My Commission Expires: July 27, 2029

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 12-06-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| ~~Bravo~~ | ~~Salcido~~ |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Kim Brillhart with Abbvie

- Catalyst

- New Building
  Doctor offices.      Floor?
  Exam room: no table
          O'Dell, Clark, Burson, Martin
          ~~No cabinet?~~

- Doctor meeting Thursday December 14th,
          12:30-2:00
          New Building with architect
          Charlie Burger

- Employee Illness – Must see PCP

- Care magement

| | |
|---|---|
| Christmas Party<br>Wednesday, December 13th<br>Amarillo Country Club<br>Bring Gift | Employee Appreciation<br>Wednesday, December 6th |

AFP_000001

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  11-29-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Shannon Pierce with Lundbeck

- CTSI . Our new computer group
   - Conner Dean (Technology Consultant)
   - Julie Heinrich
   - Macy Davis
   - Dennis Quiroz
   - Kris Hazen (Desktop Specialist)

- Employee Recognition
   - Next Wednesday
      - Breann Robinson
      - Esmeralda Cockrell
      - Dusti Coker
      - Madeline Smoot
      - Veronica Flores

- A1C

- Flu Shots

| |
|---|
| Christmas Party<br>Wednesday, December 13th<br>Amarillo Country Club<br>Bring Gift |

| |
|---|
| Employee Appreciation<br>Wednesday, December 6th |

AFP_000002

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 11-22-2023

ATTENDANCE

| | |
|---|---|
| ~~Stevens~~ | ~~Allman~~ |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | Martin |
| ~~Britten~~ | Burson |
| ~~Malone~~ | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Tracy Cunningham with AstraZeneca

Christmas Party
Wednesday, December 13th
Amarillo Country Club
Bring Gift

AFP_000003

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  11-15-2023

ATTENDANCE

| | |
|---|---|
| ~~Stevens~~ | ~~Allman~~ |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | Martin |
| ~~Britten~~ | Burson |
| ~~Malone~~ | |
| | Nelson |

Lunch Provided by: David Townsend with GSK

• Chart Review

```
Christmas Party
Wednesday, December 13th
Amarillo Country Club
Bring Gift
```

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  11-08-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Kristen Munson with Amgen

- WellMed Contract

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>11-01-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | ~~Allman~~ |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| ~~Malone~~ | |
| | Nelson |

Lunch Provided by: Kelly Hamilton with Boehringer Ingelheim

- Catalyst

- Preventive Codes / AWV Code
  for Medicare Advantage does pay

- Flu Shots

- Patients Leaving

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>10-25-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| ~~Brister~~ | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Randy Wright with GSK

- Christmas Party   $30

- Chart Review

- RSV

- Preventive Code/AWV code

- New Building

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** _10-18-2023_

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| ~~Brister~~ | Clark |
| Bravo | ~~Salcido~~ |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Teb Robertson with Janssen

- COLA

- 2024 Calendar

- New flooring started

- Chart Review

AFP_000008

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  10-11-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |

Nelson

Lunch Provided by: Kim Brillhart with Abbvie

- Catalyst

- COLA tomorrow

- 3rd Quarter Reports

---

Fundraising event for PARC
October 14th
Sponsored by the Spurlocks

---

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  10-04-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | ~~Clark~~ |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Justin Biggs with Novo Nordisk    *Gregg White*

- COLA survey Thursday October 12th

- Catalyst
  - Dr. Matt Weyenberg
  - Michael Johnson
  - Elizabeth Hernandez

- Employee Absence

Fundraising event for PARC
October 14th
Sponsored by the Spurlocks

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  09-27-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |

Nelson

Lunch Provided by: David Pape with GSK

- NP Medicare Advantage

- Catalyst
  - Here next week
  - Attestation sheets
  - Why Important

- Care Management future?

- Flu Clinic
  - Give shot with OV

---

Fundraising event for PARC
October 14th
Sponsored by the Spurlocks

---

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  09-20-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Randy Parker with Lilly

- COLA survey in October

- New Building
    - Rendering
    - Finish drawing Jan 2024
    - Construction March 2024
    - Move in July 2025
    - Determine general contractor

Stevens          Kirman

Brister          Clark

Bravo            ~~Salcido~~

Tyson            Martin

Britten          Burson

Malone

Nelson

Lunch Provided by: Cathy Townsend with Idorsia

• Flu Clinic

• August Financial Report

• October Calendar

• WellMed Dinner
      Tuesday September 19th, 6:00 p.m.
      Amarillo Club

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 08-2-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Tracy Cunningham from AstraZeneca

- Dave Goad, Underwood Law Firm

- Catalyst
    Starting Stellus Rx
    Improve coding and documentation
    Shannon is trainer

- New Building
    Bank account, $4000 each

- Catalyst Dinner, August 3rd Thursday
    Amarillo Country Club

*Breakfast Friday morning*

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 07-26-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| ~~Bravo~~ | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Jared Hagen, Inari

- Medicare with Catalyst ACO

- Employees

- New Building
  Documents next week with Dave Goad
  Finances, Loan
  Interim Financing
  Bank lunch August 8th

---

- Catalyst Dinner, August 3rd Thursday
  Amarillo Country Club

---

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** _07-19-2023_

ATTENDANCE

| | |
|---|---|
| Stevens | ~~Altman~~ |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | ~~Martin~~ |
| Britten | Burson |
| Malone | |

Nelson

*(handwritten signatures)*

Lunch Provided by: Kelly Hamilton with BI

- Dr. Donna Ayala

- Catalyst- Regular Medicare
     Capitated $30 PM/PM  $360 per year

- New Building
     LLC Documents
     Financial Statements
     Current Plan

---

- Catalyst Dinner, August 3 Thursday
     Amarillo Country Club

---

AFP_000016

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>07-19-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Kelly Hamilton with BI

- Dr. Donna Ayala

- Catalyst- Regular Medicare
     Capitated $30 PM/PM  $360 per year

- New Building
     LLC Documents
     Financial Statements
     Current Plan

> - Catalyst Dinner, August 3 Thursday
>      Amarillo Country Club

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 07-12-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: David Townsend with GSK

- Guest: Dave Goad, Underwood Law Firm
  LLC Documents

- Dr. Donna Ayala
  Next week, July 19th
  Please be in the conference room at 12:30.

- Medicare / Medicare Advantage

- Lease Renewal

- 2nd quarter Financial Report

---

- Catalyst Dinner, August 3 Thursday
  Amarillo Country Club

---

AFP_000018

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 07-05-2023

ATTENDANCE

Tyson
Britten
Martin

Nelson

- LLC Documents

- Lease Renewal

- Employee Retention Credit (ERC)

- Floor Plan
    Current concept

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 06-28-2023

| ATTENDANCE | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Justin Biggs with Novo Nordisk

- Dr. Donna Ayala July 19th

- Encounter form pick up

- Lease Renewal

- New Patients
    Medicare / MC Advantage

- Earbuds

- Records retrieval and Referral Clerk

- New Building
    More land – 3 acres
    Building contractor
    Design

- Catalyst Dinner, August 3 Thursday
    Amarillo Country Club

ABP_000020

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 06-21-2023

ATTENDANCE

| | |
|---|---|
| Stevens | ~~Allman~~ |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | Martin |
| ~~Britten~~ | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Ted Robertson with Janssen

• Referral Clerk
  Madeline Smoot

• X-ray        *1:00 - 2:00 pm Lunch*

• Dr. Donna Ayala

• New Building
  AFP Realty LLC
  Architect Charlie Berger

• Catalyst Dinner, August 3 Thursday

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  06-14-2023

ATTENDANCE

| | |
|---|---|
| Stevens | ~~Allman~~ |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Ron Webb from Abbvie

- Dr. Biggs

- New Building
    Next steps
    Floor plan- work flow

- Catalyst Dinner, August 3 Thursday

AFP_000022

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:** <u>06-07-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| ~~Bravo~~ | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Greg Reimer with Nuerocrine

Guest: Dr. Alan Keister

- New Building Discussion
  Mike Hughes

AFP_000023

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>5-31-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by:  Kelly Hamilton with Boehringer Ingelheim

AFP_000024

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** _05-24-2023_

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Scott Caffey with Salix

- Dr. Keister

- Building Security

- Building Appearance
    MAs are cleaning
    Report table repairs and paint needs

- Lease Renewal 2023

- WellMed Incentives Revenue

AFP_000025

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:** 05-17-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | ~~Salcido~~ |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Debbie Vela with Pfizer

- Catalyst training

- June Calendar

- Incentive report
  HCC Codes (Blue Bubbles)
  Gaps

- New building meeting
  6-7-23 with Mike Hughes

- New security codes

- Regular Medicare
  Catalyst Reach / ACO MSSP
  Decision June 16th

Clinic Picnic
Saturday May 20th
6:00 p.m.
RSVP by May 12th
Home of Dr. Montana O'Dell
7910 Goodnight Trail
Amarillo, TX 79110

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    05-03-2023

**ATTENDANCE**

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |

Nelson

Lunch Provided by:  Toana Smith with Pfizer

- Catalyst meeting yesterday
    Physician training
    They will be at meeting May 17th

- Adrian Sellinger

- Shannon Shaw

- Nurse Appreciation
    Next week, Saltgrass

Clinic Picnic
Saturday May 20th
6:00 p.m.
RSVP by May 12th
Home of Dr. Montana O'Dell
7910 Goodnight Trail
Amarillo, TX  79110

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___04-26-2023___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Administrative Professionals Day, Saltgrass Restaurant

- Weight Loss

- Polaris Physician Network - NWTH

Clinic Picnic
Saturday May 20th
6:00 p.m.
RSVP by May 12th
Home of Dr. Montana O'Dell
7910 Goodnight Trail
Amarillo, TX  79110

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    04-19-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson *absent* | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by:  Gregg M. White with Novo Nordisk, Inc.

- Review MC Advantage Procedures

- Catalyst BOI

- May Calendar

- CME ($491 value per course)

- Allergy Lab

Clinic Picnic
Saturday May 20th
6:00 p.m.
RSVP by May 12th
Home of Dr. Montana O'Dell
7910 Goodnight Trail
Amarillo, TX  79110

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** _04-12-2023_

**ATTENDANCE**

| | |
|---|---|
| ~~Stevens~~ | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |

Lunch Provided by: Adam Smith with Novartis, *Michelle Wagner* Nelson

- Allergy Lab
- Catalyst BOI. $178,600.00    *Chelsea, Alea, Hunter*

- Dr. Martin

- Clinic Picnic at Dr. O'Dell's, Saturday, May 20

- 1st Quarter Financial Report

- Catalyst coming to meeting next week

TMLT Risk Management
Legal Aspects of the Practice of Medicine:
What You Don't Know Can Get You in Trouble
Presented by: Bill Hopkins, JD
Tuesday, April 18
5:30 p.m. to 8:00 p.m.
Amarillo Country Club

Catalyst Meeting in Dallas
April 21 & 22, 2023

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**   04-05-2023

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | ~~Clark~~ |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by:  Erika Gibson with Pfizer

Guest:  Doug White, Amarillo National Bank

- CME Credits

- Dr. O'Dell Shareholder

- CBR



TMLT Risk Management
Legal Aspects of the Practice of Medicine:
What You Don't Know Can Get You in Trouble
Presented by:  Bill Hopkins, JD
Tuesday, April 18
5:30 p.m. to 8:00 p.m.
Amarillo Country Club

Catalyst Meeting in Dallas
April 21 & 22, 2023

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** _03-29-2023_

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| ~~Bravo~~ | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Michelle Wagner, Novartis

Guest: Dr. Biggs

Well Med
    $50 + $100


UHC, Medicare Advantage
    AWV-Wellness Code
        $175 per visit, $30 per HCC

New Server


Catalyst-Sign letter, expires 3/31/2023

TMLT Risk Management
Legal Aspects of the Practice of
Medicine:
What You Don't Know Can Get
You in Trouble
Presented by: Bill Hopkins, JD
Tuesday, April 18
5:30 p.m. to 8:00 p.m.
Amarillo Country Club

Catalyst Meeting in Dallas
April 21 & 22, 2023

AFP_000032

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** _ 03-22-2023

|  ATTENDANCE | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | |
| | Nelson |

Lunch Provided by: Randy Wright, GSK
Speaker: Dr. Goutam Shome

Guest: Amarillo Spine, Dr. Jay Lee

Staff
April Calendar

TMLT Risk Management
Legal Aspects of the Practice of Medicine:
What You Don't Know Can Get You in Trouble
Presented by: Bill Hopkins, JD
Tuesday, April 18
5:30 p.m. to 8:00 p.m.
Amarillo Country Club

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>03-08-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Cathey Townsend – Idorsia
Guest : Britkare, Christine Elsey

- Profit Sharing Report

- Meeting With Mike Hughes

- February Financials

- No meeting next week

AGENDA

PHYSICIAN ADVISORY BOARD

DATE:  3-1-2023

Lunch provided by:  Scott Caffey, Salix

Guest:  Andrew Holman, Inpower Physical Therapy

Computer:  Upgrade Saturday night

Computer:  Need new server

AFP_000035

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:** <u>02-22-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | ~~Salcido~~ |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Kelly Hamilton – Boehringer Ingelheim

- Catalyst update

- Staff

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>02-15-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Kim Brillhart – Sanofi
      Guest: Kendra Hubbard– Exceptional ER

- Catalyst February 17th Friday Lunch

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>02-08-2023</u>

ATTENDANCE

| Stevens | Allman |
|---------|--------|
| Brister | ~~Clark~~ |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by:  Kent Cornelius – Novo Nordisk

Guests: Dr. Andrew Mak, Medical Oncology and Hematology.
Harrington Cancer Center
Curtis Reneau, Director

- Lab
  - Air Unit $13k 

- Catalyst
  - Here Thursday
  - Here next Friday Feb, 17th for lunch

- Catalyst

  - Burden of Illness (BOI Report)

- TMLT

*spring seminar*

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>02-01-2023</u>

### ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Derek Sudduth – Otsuka

*amelia absent*

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>01-25-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| ~~Brister~~ | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by:  Chelsie Girt – Inspire
Sleep Apnea Implant
        Guests: Dr . Weinheimer and Dr. Stroud

*amelia absent*

- Dr. Burson. Report from Catalyst meeting

- Allergy Lab

AFP_000040

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  01-18-2023

| ATTENDANCE | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by:  Jenna Lay – Sanofi

- **High Plains Health Plan**

- **ACO Update**

- **WellMed**

- **Meeting next week**

    **Guest: Dr. Stroud and Dr. Weinheimer**

    **Implant for sleep apnea, Inspire.**

| WellMed Dinner |
|---|
| January 24th, 6:00 pm |
| Amarillo Civic Center |

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>1-11-2023</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | ~~Martin~~ |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Ron Webb - Abbvie

- ACO Update
  - o Lawsuit
  - o Payment?

- WellMed Proposal
  - o Move to Tier 1
  - o Extend Contract to (2026)
  - o Overlaps Catalyst (2024)

- High Plains Health Plan
  - o Proposal for AISD

- Computer Update

- December Financial Reports

- Dr. Martin

```
Catalyst Retreat
January 20th – 21st
Fort Worth
```

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___12-14-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Amarillo Family Physicians Clinic

- Meeting with AMS

- EOY Clinic Profit

- Dr. Donna Ayala
  - Texas Tech 2024

- January Calendar

AFP_000043

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** __12-07-2022__

ATTENDANCE

| | |
|---|---|
| Stevens | ~~Allman~~ |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | ~~Martin~~ |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Greg White – Novo Nordisk

- Christmas Party

- End of Year Payments

- Meeting with Dr. Nassier and Dr. Biggs Friday

- November Reports

- Physician recruitment

*RSV panel*

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** <u>11-30-2022</u>

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by:  Chris Miller, Lundbeck (Vyepti)

- Evening Clinic

- Weekend Backup

- Catalyst Meeting
     Leading Reach

AFP_000045

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    11-23-2022

ATTENDANCE

| | |
|---|---|
| ~~Stevens~~ | Allman |
| Brister | Clark |
| Bravo | ~~Salcido~~ |
| ~~Tyson~~ | ~~Martin~~ |
| Britten | Burson |
| ~~Malone~~ | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Tracy Cunningham – Astra Zeneca

- Mask Policy

---

### Coming Events

- ACO Dinner Meeting Postponed
- Employee Appreciation
  - December 7th
- Christmas Party

AFP_000046

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    11-16-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| ~~Bravo~~ | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Brett Davidson – Inogen

Guests: Catalyst

- Allergy Lab
  - Food Testing

- Allergy for UHC patients
  - Must be in office

- DAS – Computer Support

- XR new equipment

- Dr. Jorge Sifuentes

---

### Coming Events

- ACO Dinner Meeting
  - November 30th
- Employee Appreciation
  - December 7th
- Christmas Party
  - December 14th

AFP_000047

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    11-9-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | ~~Salcido~~ |
| ~~Tyson~~ | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Greg White – Novo Nordisk

- Catalyst
  - Coming Next Week

- WellMed
  - James Abbott
  - Dr. Adam Crawford

- New Physician

- Botox – Tonia

- October Financials

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___11-2-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Randy Wright  - GSK

- Catalyst
  - o  Watch Video
  - o  Sign Document

- Flu Shots

AFP_000049

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:**  10-26-2022

### ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: David Townsend - GSK

- Medicare Shared Savings check

- Catalyst check

- AWV Incentive from ACO

- 2023 Calendar

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___10-19-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Randy Rawls - Astellas

- Dr. Biggs. 2021 Medicare
  - Shared Savings

- Best of Amarillo 2022
  - Event Friday night at the Civic Center
  - Dr. O'Dell & Jessica are going.
    Need someone else to go.

- PARC tickets courtesy Dr. Spurlock

**AGENDA**

## PHYSICIAN ADVISORY BOARD

**DATE:**   10-5-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Debbie Vela – Pfizer

- Catalyst guests follow up

- Computer Support

- ACO Meeting

**AGENDA**

**PHYSICIAN ADVISORY BOARD**

**DATE:**    9-28-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | ~~Salcido~~ |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Justin Biggs – Harmony Biosciences

Guest: Dr. Chris Crow, Catalyst

AFP_000053

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  9-21-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Greg Moore - Astra

Guest : Dr. Nilay Mehta   *Interventional Radiology*

- Vaxelis

- Catalyst Documents

- *High Dose Flu*

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**   9-14-2022

### ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Ron Webb – Abbvie

- Medicare Lists

AFP_000055

**AGENDA**

## PHYSICIAN ADVISORY BOARD

**DATE:** ___9-7-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | ~~Clark~~ |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Toana Smith – Pfizer

- Apricus
  - Rules

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___8-31-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| ~~Bravo~~ | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Dan Cowan – Lilly

Dr. Israel Hartman, MD - Endocrinologist

- Chemistry Analyzer

- Liquid Nitrogen

AFP_000057

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**   8-24-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | ~~Martin~~ |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Heather Sutterfield – Biohaven

- ACO
  - Achieved shared savings  $5 Million

- Catalyst
  - McAdv weekly report
    - 10 Years
    - Referral Process
    - Gain Share

- Lab

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:** ___8-17-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | ~~Salcido~~ |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Tracy Cummingham – Astra

- Catalyst Contract
  - Contract

- Medicare Advantage

- *Sleep Study*

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:** ___8-10-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | ~~Salcido~~ |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Randy Wright – GSK

- WellMed
  - o New Patients

- Catalyst Meeting yesterday
  - o Dr. Tyson, Dr. Martin

- Michael Cruz Meeting

- September Calendar

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___8-3-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| ~~Brister~~ | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | ~~O'Dell~~ |
| | Nelson |

Lunch Provided by: Scott Caffey  - Salix

Guest Michael Cruz - BSA

- ACO Proposal
  - Aprices $50 PM PM

- WellMed Meeting

AFP_000061

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:** ___7-27-2022___

ATTENDANCE

| Stevens | Allman |
|---------|--------|
| ~~Brister~~ | Clark |
| ~~Bravo~~ | Salcido |
| ~~Tyson~~ | Martin |
| ~~Britten~~ | Burson |
| Malone | ~~O'Dell~~ |
| | Nelson |

Lunch Provided by: Kim Brillhart - Sanofi

- WellMed Dinner
  - Tuesday August 2nd
  - 6:00 Amarillo Club

- COVID Billing
  - GenBody, Sofia COVID/ FLU combo or separate

**AGENDA**

## PHYSICIAN ADVISORY BOARD

**DATE:** ___7-20-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | ~~Burson~~ |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Dan Cowan, Randy Parker – Lilly

- Sleep Study Repair

- COVID

  o Out: Our Vaccine is expired. New shipment in a week.

- On call X-Ray. Available weekends only.

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:**  __7-13-2022__

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Michelle Wagner – Novartis

- In house Referrals
  - Derm
  - Joint Injections
  - Hormone Therapy
  - ~~Pap~~ Pap
- ACO Reach
- 2nd Quarter Financial Reports
- August Calendar

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    7-6-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Derek Milam - Radius

- Risk Scores

- June Reports

AFP_000065

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    6-22-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | Martin |
| Britten | Burson |
| ~~Malone~~ | O'Dell |
| | Nelson |

Lunch Provided by: Kristin Munson - Amarin

- Medication adherence / Incentive Programs

- Humana Incentives

*CPT utilization graphs*

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    6-15 -2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| ~~Tyson~~ | Martin |
| Britten | Burson |
| ~~Malone~~ | O'Dell |
| | Nelson |

Lunch Provided by: Valerie Sands – Janssen

- ACO – ACO Reach

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___6-8 -2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Scott Caffey- Salix

- Health Insurance

    o  Run Out

    o  Paid extra $69,000
       to pay  claims

    o  Will get reinsurance
       payment over $25,00.00

- Expenses Increase

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** 5-25 -2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | ~~Clark~~ |
| Bravo | Salcido |
| Tyson | ~~Martin~~ |
| Britten | Burson |
| ~~Malone~~ | O'Dell |
| | Nelson |

Lunch Provided by: Kelly Hamilton-BI
Guest: Dr. David Brabham

- Practice Review
- Lab
- DOL Certification

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**  ___5-1*0*-2022___

| ATTENDANCE | |
|---|---|
| Stevens | Allman |
| Brister | ~~Clark~~ |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Ron Webb-Abbvie

- TMLT Practice Review
  Jennifer Templin

- DOL Certification

**AGENDA**

## PHYSICIAN ADVISORY BOARD

**DATE:** ___5-11 -2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Melissa Shafer- Novo Nordisk

- Health Insurance Renewal

- TMLT Review May 18th

- UHC Contract

- April Financial Reports

```
TMLT
Tuesday May 17th, 2022
Amarillo Country Club
Acacia / Vista Room
Check In & Dinner 5:30
CME Presentation 6:00-8:00 pm
Opioid Epidemic
```

AFP_000071

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___4-27 -2022___

ATTENDANCE

| | |
|---|---|
| Stevens | ~~Allman~~ |
| ~~Brister~~ | ~~Clark~~ |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Tracy Cunningham – AstraZeneca

- Do not use any diagnostic code that ends in 9

- Lab

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___4-20 -2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | ~~Clark~~ |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Aleacia Apodaca - Takeda

- Chronic Care Management
    - o Sherri Hallman, Bea Jaramillo

- Sleep Study

- Administrative Assistant Day
    - o Next Wednesday
    - o Saltgrass

- Prevnar 20

*Shannon*
*put in computer*
*drop down*

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    4-13 -2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Judith Haines - United Allergy
Guest: Allergy Lab

- TMLT Dr. Bravo case settlement

- Care Management

- Home Health Re-certs

- Quarter Financial Reports

- May Calendar

AFP_000074

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**   4-6 -2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Randy Wright – GSK
(Speaker) Dr. Jeanette S. Tan, MD

- Care Management

- Transition of Care Management

- Lab

- CBR – Dr. Stevens
    (Comparative Billing Report)

- ACO Reach

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:** ___3-23 -2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Vallerie Sands – Janssen

- WellMed Meeting Report

- Lab Report

- WellMed

  o Extended Engagement Program

- UHC

- CME For Insurance Discount

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    3-8-2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Mellisa Shafer – Novo Nordisk

- United Healthcare Contract

- February Financial Reports

*Policy limits $1/3*

*BC/BS*
*Medicare Advantage* **D**
*Imaging 86*
*Lab 68*

**DATE:** ___3-2___

ATTENDANCE

| | |
|---|---|
| evens | Allman |
| ister | Clark |
| avo | Salcido |
| son | Martin |
| ten | Burson |
| one | O'Dell |
| | Nelson |

Lunch Provided by ~~Hamilton~~ - BI

- Allergy Lab

- Profit Sharing Trust

*Masks    OK to not wear masks*
*Sick patients must mask*

# AGENDA

# PHYSICIAN ADVISORY BOARD

**DATE:** ___2-23 -2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Toana Smith and John Harris – BMS

Guests: Dr. Bibler and Dr. Parmeswaran. Brian Gibbs with BSA

Guests: Dr. Lee and Dr. Williams, WellMed

- WellMed Incentive Check Q4 $7,000

| | |
|---|---|
| Allman 300 | Malone 600 |
| Bravo 400 | Martin 1,100 |
| Britten 800 | Salcido 400 |
| Brister 800 | Stevens 400 |
| Burson 1,000 | Tyson 700 |
| Clark 200 | Hudson 300 |

- Annual Care Visits
  - Patient Survey

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    2-16 -2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: David Townsend – GSK

- Pneumonia Injections

- Practice Review
    Medication Refill Policy
    Test Tracking Procedure

- Patient Messages

*Labs - pending*

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:**    2-09 -2022

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Kim Brillhart – Sanofi

Guest: Doug White Amarillo National Bank

- Lab Consultant Report 1-26-22

- CME for malpractice discount

- Practice Review May 18

- March Calendar

- January Financial Reports

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** __2-02 -2022__

### ATTENDANCE

| | |
|---|---|
| Stevens | ~~Allman~~ |
| Brister | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | ~~Burson~~ |
| Malone | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Dena Potter  - Angen

- COVID Infusion

- Employees

Shannon -
Well Med Training

Hand out on portal use

## AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___1-26-2022___

ATTENDANCE

| | |
|---|---|
| Stevens | Allman |
| ~~Baxter~~ | Clark |
| Bravo | Salcido |
| Tyson | Martin |
| Britten | Burson |
| Malone | O'Dell |
| | Nelson |

Lunch Provided by: Trevor Sharp  - Abbvie

- 
- 
-

# AGENDA

## PHYSICIAN ADVISORY BOARD

**DATE:** ___1-12 -2022___

ATTENDANCE

| Stevens | Allman |
| Brister | ~~Clark~~ |
| ~~Bravo~~ | Salcido |
| Tyson | Martin |
| Britten | Burson |
| ~~Malone~~ | O'Dell |
| | |
| | Nelson |

Lunch Provided by: Kelly Hamilton- BI

- Evening Clinic

*Dr O'Dell will work next Mon-Thurs after hours @50 patient*



# Amarillo Family Physicians Clinic, P.A.

1215 Coulter St, Suite 100
Amarillo, TX 79106
(806) 359-4701
Fax: (806) 353-0091
amarillofp.com

David E. Brister, M.D.
Victor L. Bravo, M.D.
David L. Tyson, M.D.
Bart A. Britten, M.D.
J. Brian Malone, D.O.
Julie R. Allman, M.D.

Abby S. Clark, M.D.
Armando Salcido, M.D.
Lance S. Martin, M.D.
Anna C. Burson, M.D.
Montana J. O'Dell, M.D.
Donna L. Ayala, M.D.

Allison Bromwell, FNP-C
Jayme Gray, FNP-C

Administration
Amelia S. Nelson
Becky Mora

3. All documents that reflect AFP's actual Medicare attributed lives patient numbers.

- I do not have any documents.

Amelia S. Nelson
Administrator

*Diplomates of the American Board of Family Medicine*



# Amarillo Family Physicians Clinic, P.A.

1215 Coulter St, Suite 100
Amarillo, TX 79106
(806) 359-4701
Fax: (806) 353-0091
amarillofp.com

David E. Brister, M.D.
Victor L. Bravo, M.D.
David L. Tyson, M.D.
Bart A. Britten, M.D.
J. Brian Malone, D.O.
Julie R. Allman, M.D.

Abby S. Clark, M.D.
Armando Salcido, M.D.
Lance S. Martin, M.D.
Anna C. Burson, M.D.
Montana J. O'Dell, M.D.
Donna L. Ayala, M.D.

Allison Bromwell, FNP-C
Jayme Gray, FNP-C

Administration
Amelia S. Nelson
Becky Mora

4. The AFP contract with Apricus and/or AKOS MD IPA, LLC. *This document is specifically requested to be produced immediately, so that it is available for Dr. Tyson's disposition.*

# Exhibit C

```
        IN THE UNITED STATES DISTRICT COURT

      FOR THE NORTHERN DISTRICT OF TEXAS

              AMARILLO DIVISION

AMARILLO MEDICAL SPECIALISTS, )
LLP, AMARILLO FAMILY          )
PHYSICIANS, PA, and AMARILLO  )
LEGACY MEDICAL ACO, LLC,      )
                              )
      Plaintiffs,             )
                              )
VS.                           )
                              )
AKOS MD IPA, LLC, and         )   CIVIL ACTION NO. 2:23-
GENUINE HEALTH GROUP, LLC,    )       CV-0026-Z
                              )
      Defendants.             )
                              )
GENUINE HEALTH GROUP, LLC,    )
                              )
      Third-Party Plaintiff, )
                              )
VS.                           )
                              )
MARY BLACK,                   )
                              )
      Third-Party Defendant. )
```

**************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

WILLIAM M. BIGGS, M.D.

VOLUME TWO

JUNE 18, 2025

**************************************************

ORAL AND VIDEOTAPED DEPOSITION of WILLIAM M.

BIGGS, M.D., VOLUME TWO, produced as a witness at the

instance of the Defendant and Third-Party Plaintiff,

1  Genuine Health Group, LLC, and duly sworn, was taken in

2  the above-styled and numbered Cause on the 18th day of

3  June, 2025, from 9:40 a.m. to 11:53 a.m., before SONDRA

4  L. CARGLE, CSR, in and for the State of Texas, reported

5  by machine shorthand, at the offices of Mr. Richard

6  Biggs, Mullin Hoard & Brown, Attorneys at Law, 500 South

7  Taylor, Suite 800, Amarillo, Texas, pursuant to the

8  Federal Rules of Civil Procedure and the provisions

9  stated on the record or attached hereto.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          APPEARANCES:

 2
     FOR THE PLAINTIFFS:
 3        Mr. Richard Biggs
          Mullin Hoard & Brown
 4        Attorneys at Law
          500 South Taylor, Suite 800
 5        Amarillo, Texas  79101

 6
     FOR THE DEFENDANT AND THIRD-PARTY PLAINTIFF, GENUINE
 7   HEALTH GROUP, LLC:
          Mr. Jeremi K. Young
 8        Young Firm
          Attorneys at Law
 9        905 S. Fillmore Street, Suite 101
          Amarillo, Texas  79101
10
          and
11
          Ms. Carol Lumpkin (Via Zoom)
12        K&L Gates
          Attorneys at Law
13        200 S. Biscayne Blvd., Suite 3900
          Miami, Florida  33131
14

15   ALSO PRESENT:
          Mr. Brad Snyder, Magic Media
16

17

18

19

20

21

22

23

24

25
```

# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP, AMARILLO FAMILY PHYSICIANS, PA, and AMARILLO LEGALCY MEDICAL ACO, LLC, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) |
| AKOS MD IPA, LLC, and GENUINE HEALTH GROUP, LLC | ) ) ) |
| Defendants. | ) ) ) 2:23-CV-026-Z-BR ) |
| GENUINE HEALTH GROUP, LLC | ) ) |
| Third-Party Plaintiff | ) ) |
| V. | ) ) |
| MARY BLACK, | ) ) |
| Third-Party Defendant. | ) |

---------------------------------------------------------

VIDEOTAPED ORAL DEPOSITION OF DAVID LINDSEY TYSON, M.D.

AUGUST 5, 2025 - AMARILLO, TEXAS

---------------------------------------------------------

    VIDEOTAPED ORAL DEPOSITION OF DAVID LINDSEY TYSON, M.D., produced as a witness at the instance of the DEFENDANT GENUINE HEALTH GROUP, LLC, and duly sworn, was taken in the above-styled and numbered cause on the 5th day of August, 2025, from 1:19 p.m. to 2:13 p.m., before Janice Hoelting, CSR, in and for the State of Texas, reported by machine shorthand, at the J. Marvin Jones and Mary Lou Robinson Federal Building, United States Courthouse, Amarillo, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 2

```
 1                     A P P E A R A N C E S

 2    FOR THE PLAINTIFFS:
           Mr. Richard Biggs
 3         MULLIN HOARD & BROWN LLP
           500 S. Taylor, Suite 500
 4         Amarillo, Texas 79101
           806.372.5050
 5         rbiggs@mhba.com

 6
      FOR THE DEFENDANT/THIRD-PARTY PLAINTIFF GENUINE HEALTH
 7    GROUP, LLC:
           Mr. Jeremi Young
 8         YOUNG FIRM PC
           301 S. Polk, Suite 320
 9         Amarillo, Texas 79101
           806.331.1800
10         jeremi@youngfirm.com

11
      ALSO PRESENT:   Hon. Lee Ann Reno
12                    Mr. Chris Doan
                      Mr. Danny Aguilera
13                    Mr. Brad Snyder, videographer
                      Ms. Sabrina Dubberly
14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                              INDEX

 2                                                   PAGE

 3   Appearances----------------------------------   2

 4   DAVID TYSON, M.D.

 5       Examination by Mr. Young---------------    5

 6   Signature and Changes-----------------------   53

 7   Reporter's Certificate----------------------   55

 8

                      EXHIBITS REFERENCED
 9
     NO.      DESCRIPTION                          PAGE
10
      3      Plaintiffs' First Amended Complaint    20
11
      6      Plaintiffs' Response to GHG's First Set of
12           Interrogatories to Amarillo Family
             Physicians, PA                         38
13
     41      AKOS MD IPA, LLD Amended and Restated
14           Participation Provider Agreement       27

15   68      Amarillo Legacy Medical ACO Participation
             Agreement - ALMA_00312 - ALMA_332      22
16
     80A     Genuine Health Group's Rule 26(a)(1)
17           Initial Disclosures                    14

18   83      Loss of Capitation Payments            48

19   89      Information for ACO Meeting            45

20   94      Defendant Genuine Health Group, LLC's
             Notice of Deposition of David L. Tyson,
21           M.D. on June 19, 2025                   11

22   95      Subpoena to Testify in a Civil Action to
             David L. Tyson, M.D. on June 19, 2025   13
23
     96      Defendant Genuine Health Group, LLC's
24           Amended Notice of Deposition of David L.
             Tyson, M.D. on July 14, 2025            13
25
```

Page 4

1                           INDEX (CONTINUED)

2                         EXHIBITS REFERENCED

3    NO.      DESCRIPTION                              PAGE

4
      98    AKOS MD IPA, LLD Amended and Restated
5           Participation Provider Agreement
            AFP_000087 - AFP_000162                      29
6
      99    Amended and Restated Provider Participation
7           Agree - AFP_000212 - AFP_000242              32

8    100    Defendant Genuine Health Group, LLC's First
            Request for Production to Plaintiffs          37
9
     101    Defendant Genuine Health Group, LLC's
10          Second Request for Production to Plaintiffs   37

11   102    6-19-25 Young Letter to Biggs                38

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PANHANDLE COURT REPORTERS, LLC - 806.373.0602

Page 21

1    dates, but otherwise -- but yeah, sounds right.

2        Q.  Fair enough.

3            Paragraph 33 states that "GHG interfered

4    with this contract, and induced AFP and AMS to

5    discontinue their relationship."

6            As -- as president of AFP, can you tell me

7    what contract AFP is alleging that GHG interfered with?

8        A.  Discontinue -- oh, let's see -- [indiscernible]

9            I'm not real sure what that's referring to.

10       Q.  Okay.  I think I asked you this question

11   earlier.  If I did, I -- I apologize.  But had you

12   ever -- before this lawsuit, had you ever heard the name

13   Genuine Health Group or GHG?

14       A.  No.

15       Q.  Do you have -- do you know anything about that

16   company?

17       A.  No.

18       Q.  Okay.  Would you agree with me that AFP and my

19   client GHG never entered into a contract of any type?

20       A.  Couldn't say for sure.  Wouldn't -- but it

21   doesn't sound familiar.

22       Q.  You don't recall, as you sit here today, ever

23   having signed a agreement on behalf of AFP with GHG?

24       A.  I don't.

25       Q.  Did you ever sign a contract with AKOS or

Page 22

1   Apricus?

2        A.  I assume I did.

3        Q.  Okay.  Have you ever gone back to look and see

4   if you did?

5        A.  I have.

6        Q.  Have you been able to find it?

7        A.  No.

8        Q.  Okay.  So --

9        A.  But it was on an online thing, so who knows.

10  I'm assuming it was.  I was looking -- looking for

11  e-mails and I couldn't find it.

12       Q.  Okay.  So just to be clear, you have made an

13  affirmative effort to attempt to find a signed contract

14  between AFP and AKOS, and you have been unsuccessful?

15       A.  True.

16       Q.  Do you have an understanding that AFP has filed

17  a breach of contract lawsuit against AKOS?

18       A.  Yes, I think so.

19       Q.  And you've done that even though you can't find

20  a contract that was ever executed?

21       A.  Yes.

22       Q.  Would you look at Exhibit 68, please, sir?

23            (Exhibit 68 referenced.)

24       A.  Uh-huh.

25       Q.  (BY MR. YOUNG)  Yeah, I'm having to jump around

Page 24

1   is Exhibit 68?

2        A.  I don't know that.

3        Q.  Who on behalf -- excuse me.

4             Who has been serving as AFP's

5   representative in connection with the decisions made in

6   this lawsuit?

7        A.  Probably Ms. Nelson more than anything else.

8        Q.  Okay.  So you would expect her to be most

9   knowledgeable about the agreements underlying the

10  lawsuit?

11       A.  More so than -- than myself, yes.

12       Q.  Okay.  Have you read her deposition?

13       A.  No.

14       Q.  I'll represent to you that she testified that

15  if there were an agreement signed either between AFP and

16  AKOS or AFP and GHG, it would've been you that signed

17  it.

18       A.  That's probably true.  Uh-huh.

19       Q.  Okay.  And have you -- have you conferred with

20  her in trying to find this contract that you've -- that

21  you've based your lawsuit on?

22       A.  Not specifically, but I did look for the -- for

23  that.  I don't -- I knew to look for that.

24       Q.  Okay.  Flip to Paragraph 9.1, please, of this

25  Exhibit 68.

# Exhibit E

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, )<br>LLP, AMARILLO FAMILY          )<br>PHYSICIANS, PA, and AMARILLO  )<br>LEGACY MEDICAL ACO, LLC,      )<br>                              )<br>      Plaintiffs,             )<br>                              )<br>VS.                           )<br>                              )<br>AKOS MD IPA, LLC, and         )<br>GENUINE HEALTH GROUP, LLC,    )<br>                              )<br>      Defendants.             )<br>                              )<br>GENUINE HEALTH GROUP, LLC,    )<br>                              )<br>      Third-Party Plaintiff, )<br>                              )<br>VS.                           )<br>                              )<br>MARY BLACK,                   )<br>                              )<br>      Third-Party Defendant. ) | CIVIL ACTION NO. 2:23-<br>   CV-0026-Z |

**************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

AMELIA S. NELSON

JUNE 19, 2025


**************************************************

ORAL AND VIDEOTAPED DEPOSITION of AMELIA S. NELSON,

produced as a witness at the instance of the Defendant

and Third-Party Plaintiff, Genuine Health Group, LLC,

and duly sworn, was taken in the above-styled and

1    Numbered Cause on the 19th day of June, 2025, from 8:54

2    a.m. to 11:09 a.m., before SONDRA L. CARGLE, CSR, in and

3    for the State of Texas, reported by machine shorthand,

4    at the offices of Mr. Richard Biggs, Mullin Hoard &

5    Brown, Attorneys at Law, 500 South Taylor, Suite 800,

6    Amarillo, Texas, pursuant to the Federal Rules of Civil

7    Procedure and the provisions stated on the record or

8    attached hereto.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        APPEARANCES:

 2

     FOR THE PLAINTIFFS:
 3        Mr. Richard Biggs
          Mullin Hoard & Brown
 4        Attorneys at Law
          500 South Taylor, Suite 800
 5        Amarillo, Texas  79101

 6

     FOR THE DEFENDANT AND THIRD-PARTY PLAINTIFF, GENUINE
 7   HEALTH GROUP, LLC:
          Mr. Jeremi K. Young
 8        Young Firm
          Attorneys at Law
 9        905 S. Fillmore Street, Suite 101
          Amarillo, Texas  79101
10
          and
11
          Ms. Carol Lumpkin (Via Zoom)
12        K&L Gates
          Attorneys at Law
13        200 S. Biscayne Blvd., Suite 3900
          Miami, Florida  33131
14

15   ALSO PRESENT:
          Mr. Brad Snyder, Magic Media
16

17

18

19

20

21

22

23

24

25
```

4

1                          <u>I N D E X</u>                        <u>PAGE</u>

2
APPEARANCES -------------------------------------   3

3

4       <u>AMELIA S. NELSON</u>

5            Examination by Mr. Young --------------   5

6
SIGNATURE AND CHANGES ---------------------------   82

7
REPORTER'S CERTIFICATE --------------------------   85

8

9

10                          <u>EXHIBITS</u>

11   <u>NO.</u>      <u>DESCRIPTION</u>                  <u>MARKED</u>      <u>IDENT'D</u>

12   88       Minutes from the 1-4-22          **          20
             Contract Committee Meeting
13   89       Information for ACO Meeting       **          22
     90       Email: Black/MJZallar             **          49
14
     91       Emails: Nelson/Biggs             **          50
15   92       Emails: Black/MJZallar            **          54
     93       Genuine Health Direct            **          58
16            2022 DCE In-Service Materials

17
     ( ** - Marked by attorney)
18

19

20

21

22

23

24

25

1    Q.    Okay.  What sort of information do those

2    files contain?

3    A.    The documents that we had at the time.  One

4    of them was an estimated revenue that we might get from

5    the new program.

6    Q.    From what new program?

7    A.    The ACO program that we would be with,

8    Apricus.

9    Q.    Anything else that you can tell me that are

10   contained in those files?

11   A.    Not right off.

12   Q.    Did you do any email searches or searches for

13   electronic information?

14   A.    No.

15   Q.    Have you been asked to provide documents in

16   connection with this lawsuit before today?

17   A.    I noticed when I went through my files that I

18   did, but I don't believe that I provided those.  I think

19   that the ACO group probably provided what was needed.

20   Q.    Okay.

21   A.    I really depended on Dr. Biggs and Mary Jo

22   Zallar to prepare documents at the time.

23   Q.    What role do you have, if any, in the

24   operations of ALMA, the Amarillo Legacy Medical ACO?

25   A.    Amarillo Family Physicians Clinic as an

1    entity is a member of ALMA.  We were original members of

2    ALMA.  And so, as CEO of our group, I was participating

3    in all aspects of ALMA.

4            We had a couple of our physicians that

5    were on the board, and I attended some of the board

6    meetings, although not all.

7            I specifically was on the contracting

8    committee.

9        Q.    How did you decide which meetings you would

10   attend and those you didn't?

11       A.    As far as the board is concerned?

12       Q.    As far as the ALMA board is concerned.

13       A.    I don't think I had a decision-making

14   process.  If I could attend, I did.

15       Q.    Okay.  Prior to preparing for this

16   deposition, had you spoken to anyone about this lawsuit?

17       A.    The physicians in our group, yes.

18       Q.    When did that happen?

19       A.    On numerous occasions.  I told them about it

20   at the time, and I reviewed it again with them

21   yesterday.

22            But a number of times, we've discussed

23   the fact that there is a lawsuit in progress.

24       Q.    When was -- do you remember the first time

25   you talked to the physicians about the lawsuit?

1          A.      No, I do not.

2          Q.      Okay.  Were you involved or -- yeah.

3                  Were you involved in the decision to file

4     the lawsuit?

5          A.      Sort of.

6          Q.      Explain that.

7          A.      I refer to Dr. Biggs for all kinds of the

8     operations of the ACO.  He -- we talk often and

9     collaborate, but he really does handle all the business

10    of the ACO.  And appropriately so.

11         Q.      What's your understanding of the allegations

12    that AFP is making in this lawsuit?

13         A.      The company that I thought we were dealing

14    with, I call them Apricus.  That's what I thought it was

15    in the very beginning.  And I know that in the other

16    documents, I've seen it as AKOS.  Is that correct, --

17         Q.      Yes.

18         A.      -- A-K-O-S, AKOS?

19                 And then it soon became Genuine.  Genuine

20    Health.

21                 And we had a deal with them.  And they

22    backed out at the last minute, and we were hanging with

23    nobody to contract with.

24                 And we sued them because they abandoned

25    us at the last minute and we had no other alternatives.

1    We'd already terminated our contract with Medicare and

2    couldn't get back in.

3        Q.    You said that you thought the ACO REACH

4    provider was Apricus and then you said it soon became

5    Genuine Health.  What do you mean by that?

6        A.    Mary Black first contacted me.  And it was a

7    good conversation.  And I thought that -- I passed it on

8    to Dr. Biggs and the board because I thought it sounded

9    like a good plan to look into.

10              And at that time, I was calling it

11   Apricus.  I thought that's what they went by.

12              And then, like, a few months later, when

13   I visited with Mary, and the documents I received, they

14   said Genuine Health and they reflected Genuine Health,

15   which was news to me.  I was not aware of that.

16              I don't know the relationship between

17   Apricus and Genuine Health.  I don't know if Genuine

18   Health owns them or what the situation was.

19       Q.    Have you ever looked into that at all?

20       A.    No, I have not.

21       Q.    Okay.  I'm going to show you a few documents

22   as we ago long here.  Exhibit 3 is a copy of the lawsuit

23   in this case.

24       A.    Uh-huh.

25       Q.    Have you ever seen this before?

1      A.    Yes, I have.

2      Q.    When did you first see that document?

3      A.    Well, when it was first given to me is when I

4 first saw it.  I don't know the date.  Let me see.

5            Could I assume it was the date on here?

6 I don't know.

7      Q.    I'd rather you not assume.  If you don't

8 know, that's fine.

9      A.    I can't tell you when I first saw it.

10     Q.    Do you know if the lawsuit had already been

11 filed when you first saw that complaint?

12     A.    No, I don't.

13     Q.    Okay.  How was it provided to you?

14     A.    I don't know whether Dr. Biggs emailed it, or

15 perhaps our attorney, Mr. Biggs, emailed it to me or

16 sent it to me.  Sir, I do not know.

17     Q.    Okay.  If you don't know the relationship

18 between Apricus and GHG, do you know why GHG was sued in

19 this case?

20     A.    Yes.  The documents say they were in charge

21 of the contract.

22     Q.    Which documents are you referring to?

23     A.    There was a document that I received that

24 said Genuine Health on it.

25     Q.    Do you know what that document was?

```
 1          A.    It was already in hard copy in my file.

 2          Q.    Has this been -- has Exhibit 89 been provided

 3   to Dr. Biggs?

 4          A.    I do not know.

 5          Q.    You told me earlier in the deposition that

 6   you have meetings every Wednesday, but you prepare an

 7   agenda and that you make notes on that agenda, correct?

 8          A.    Yes.

 9          Q.    Where are those notes?

10          A.    In my desk drawer.

11          Q.    Okay.  Did you look at those in preparation

12   for this deposition?

13          A.    No.  Are you asking me for notes for 2022?

14          Q.    Yes.

15          A.    I probably do not have those.

16          Q.    Why not?

17          A.    I don't keep them.

18          Q.    How long do you keep them?

19          A.    We are moving, and I recently have shred a

20   great deal of stuff.  So I probably don't have those.

21          Q.    Recently, as when -- as in when?

22          A.    The last few months.

23          Q.    What documents have you shredded in the last

24   few months?

25          A.    Everything in the building.
```

1       Q.    What documents have you shredded that might

2   relate to this lawsuit?

3       A.    None that I know of.

4       Q.    But you think you did shred the agendas with

5   your notes from 2022?

6       A.    Yes.

7       Q.    And do you know when you shredded those?

8       A.    No.

9       Q.    Would it have been in the last few months?

10      A.    Yes.

11      Q.    Have you ever been notified that my client

12   made a written request for documents to AFP to be

13   produced in this case?

14      A.    I don't know.  Not recently.  The lawsuit was

15   several years ago.  I don't know about several years

16   ago.

17      Q.    Have you ever been involved in producing

18   documents in connection with this lawsuit?

19      A.    Maybe.  I honestly don't know, sir.

20      Q.    Other than you --

21      A.    I think so.

22      Q.    I'm sorry?

23      A.    I think so.

24      Q.    Other than you -- would you be the one to

25   produce AFP --

```
1        A.    Yes.

2        Q.    -- documents if those --

3        A.    Yes.

4        Q.     -- were requested?

5        A.    Yes.

6        Q.    But you don't recall with any certainty

7   whether you've been asked to produce documents in this

8   case?

9        A.    I was asked at the time for some documents,

10  but I do not recall when or what they were.

11       Q.    Do you recall what you produced?

12       A.    No, I don't.  Am I allowed to ask our

13  attorney?

14            MR. YOUNG:  That's up to you and your

15  lawyer.  If y'all want to visit about that, that's fine.

16            MR. BIGGS:  Yeah, let's go ahead and

17  talk.  We'll take a break.

18            THE WITNESS:  Okay.

19            THE VIDEOGRAPHER:  Going off the record

20  at 9:41.

21            (Recess.

22            THE VIDEOGRAPHER:  Going back on the

23  record at 9:50.

24       Q.    (BY MR. YOUNG)  So, Ms. Nelson, before the

25  break, I was asking you about your role in document
```

1  production in this case.  Do you now recall whether you

2  were asked to produce documents?

3      A.    I do.  I was asked to produce documents.

4      Q.    Okay.  How did that work?

5      A.    How did I get them?

6      Q.    What was the process that you went through to

7  produce documents?

8      A.    Once I read the documents that -- or the

9  request that I was given, it appeared to me that most of

10  them related to the ACO, and it was information that I

11  did not know or did not have.

12          There was some that was related -- if I'm

13  recalling now, because I don't have those documents --

14  such as, who are our shareholders and some other basic

15  information about our group.

16          And I submitted that, I believe, to our

17  attorney, Mr. Biggs.

18      Q.    Okay.  Did you note in those document

19  requests that they included requests for any documents

20  that were prepared in connection with meetings in which

21  the Apricus contract was considered?

22      A.    No.  I don't know that I understood that

23  question.  Can you say it again.

24      Q.    Sure.

25          When you looked at the request for

1    I believe, pointed to one or more of the pages of

2    Exhibit 92 as the basis for your knowledge that Genuine

3    Health was somehow related to Apricus, correct?

4        A.    Yes.

5        Q.    Are there -- in looking through Exhibit 92,

6    do you see any indication that anyone from Genuine

7    Health Group was included on those communications?

8        A.    Mary Black's first comment is:  We are part

9    of Genuine Health.

10        Q.    Right.

11             And on that email, no one from GHG is

12    included, correct?  From Genuine Health?

13        A.    No.

14        Q.    Is that correct?

15        A.    That's correct.

16        Q.    Okay.  And I'm going to have the same

17    question for each of the successive emails.  Is there

18    anyone from GHG who is included in those communications?

19        A.    In the email address, I do not see anything

20    referencing Genuine Health.

21        Q.    Did you see anybody's name or title that was

22    affiliated with Genuine Health Group?

23        A.    Sean.

24        Q.    And this --

25        A.    Sean is chief strategy officer at Genuine

```
 1   Health.  It's not in the address; it's in the body of
 2   the email.
 3        Q.    And that's an email from Mary Black?
 4        A.    Yes.
 5        Q.    Is Sean copied on that email?
 6        A.    No.
 7        Q.    Okay.  So just -- and I think we're clear,
 8   but I'm not sure.  You've looked through the entirety of
 9   Exhibit 92 and found that there's no inclusion of any
10   Genuine Health employee on those communications,
11   correct?
12        A.    In the address, no.  In the address, yes,
13   that's correct.
14        Q.    Well, let me broaden the question.  Is
15   there -- do you find that anyone from Genuine Health
16   Group participated in any of the communications that are
17   listed in Exhibit 92?
18        A.    They did not.
19        Q.    Have you ever spoken with anyone employed by
20   Genuine Health Group?
21        A.    Not to my knowledge.
22        Q.    Have you ever communicated electronically
23   with anyone employed by Genuine Health Group?
24        A.    No.
25        Q.    Is it accurate to say that the sole source of
```

1    Catalyst.

2          Q.    Thank you.

3          A.    Okay.

4          Q.    Take a look at Exhibit 40, please, in your

5    notebook.

6          A.    Okay.

7          Q.    Actually, let's look at 41 first.  This is

8    the Amended and Restated Participant Provider Agreement

9    between AKOS and Amarillo Medical Specialists, correct?

10         A.    Yes.

11         Q.    Did AFP also sign a provider agreement with

12   AKOS or Apricus?

13         A.    I don't know.

14         Q.    Did you look for such an agreement when you

15   responded to the document requests in this case?

16         A.    I don't know.  If it was requested, I would

17   have looked for it.  And if I found it, I would have

18   given it to our attorney.

19         Q.    I think you previously told me, though, you

20   believe that AFP did commit to an agreement with

21   Apricus.

22         A.    Yes.

23         Q.    You think it's likely that there was a

24   signed --

25         A.    Yes.

1      Q.      -- document?

2      A.      Yes.

3      Q.      Okay.  Now, you mentioned in one of your

4   answers earlier your -- and I wrote down in quotes, your

5   contract with Genuine.  AFP did not have a contract with

6   Genuine, correct?  With Genuine Health Group.

7      A.      That's correct.

8      Q.      It may have had a contract that was signed

9   with Apricus.  You're just not sure, correct?

10      A.      Well, apparently, it's with AKOS.  It doesn't

11   say Apricus on here.

12      Q.      Does this contract look familiar to you?

13      A.      I don't know.

14      Q.      Okay.  So, AFP may have had a contract with

15   AKOS; you're just not sure?

16      A.      I'm not sure.

17      Q.      Have you made any efforts to attempt to

18   calculate what AFP is claiming as damages in this

19   lawsuit?

20      A.      Repeat it, please.

21      Q.      Have you made any attempts to calculate what

22   AFP is claiming as damages in this lawsuit?

23      A.      I don't know.  I don't know if I have or not.

24      Q.      You don't know because you don't remember?

25      A.      Right.  I don't remember.