IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVSION

| | | |
|---|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP<br>AMARILLO FAMILY PHYSICIANS, PA and<br>AMARILLO LEGACY MEDICAL ACO, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>AKOS MD IPA, LLC, AND<br>GENUINE HEALTH GROUP, LLC<br><br>      Defendants.<br><br>GENUINE HEALTH GROUP, LLC<br><br>      Third Party Plaintiff<br><br>v.<br><br>MARY BLACK<br><br>      Third Party Defendant. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:23-CV-00026-Z |

**GENUINE HEALTH GROUP, LLC'S FED. R. CIV. P. 26(a)(3) DISCLOSURES**

Defendant, Genuine Health Group, LLC, in accordance with Federal Rule of Civil Procedure 26(a)(3) and this Court's Ninth Amended Scheduling Order (ECF 148) provides the following disclosures:

*The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.*

Genuine Health Group, LLC expects to call the following witnesses to testify at the trial of this cause:

    1.    William C. Biggs, M.D., Managing Partner of AMS; CEO and Medical Director of ALMA, 1215 Coulter St S, Amarillo, TX 79106, Phone: (806) 358-8331

2. Mary Black, Regional VP – Network Development - Apricus Health, 7155 Old Katy Road, Suite N243; Houston, TX 77024

3. Mary J. Zallar, RN, BSN, Chief Operating Officer of ALMA, 1215 Coulter St S, Amarillo, TX 79106, Phone: (806) 358-8331

Genuine Health Group, LLC may call, if the need arises, the following witnesses to testify at the trial of this cause:

4. Gary Albers, Chief Executive Officer of Imperium Health, 9510 Ormsby Station Road, Suite 300, Louisville, KY 40223

5. Richard Biggs, Attorney, Mullin Hoard & Brown, L.L.P., 500 South Taylor, Suite 800, P. O. Box 31656, Amarillo, Texas 79120-1656, (806) 372-5050

6. Sara Brown, Senior Director of Revenue Cycle (Catalyst Health), Catalyst Health Group - 8277 Belleview Drive, Plano, TX 75024

7. Nam Do, M.D., Physician, AMS 1215 Coulter St S, Amarillo, TX 79106, Phone: (806) 358-8331

8. Rob Hancock, CPA/ABV CVA CFF, Partner, Hancock Firm, 4601 Washington Ave., Suite 280, Houston, TX 77007

9. Eric Haverkamp, CVA MBA CDFA, Partner, Hancock Firm, 4601 Washington Ave., Suite 280, Houston, TX 77007

10. Jenna Hemmingway, Senior Vice President, Platform & Growth (Catalyst Health), Catalyst Health Group - 8277 Belleview Drive, Plano, TX 75024

11. Kris Kwolek, Kris Kwolek, PC; 706 W Annie St., Austin, TX; Phone: 512-791-9554

12. Sean Leimbach, Chief Strategy Officer (GHG), 806 Douglas Rd # 700, Coral Gables, FL 33134, Phone: (786) 878-5500

13. Amelia Nelson, Administrator - Amarillo Family Physicians Clinic, PA, 1215 Coulter St S, Amarillo, TX 79106, Phone: (806) 358-8331

14. Stephany Nino, Director of Operations (GHG), 806 Douglas Rd # 700, Coral Gables, FL 33134, Phone: (786) 878-5500

15. Sharon Normand, Chief Development Officer (Apricus Health), Apricus Health - 7155 Old Katy Road, Suite N243; Houston, TX 77024

16. Mark D. Porter-Rodriguez, CMS Senior ACO Coordinator, DHHS Centers for Medicare & Medicaid Services, OPOLE Innovation & Financial Management Group, Division of Innovation & Operations, 1301 Young Street, Suite 106-900, Dallas, Texas 75202, Phone: 214-767-6218, Office

17. David Salazar, Director of Growth and Retention (GHG), 806 Douglas Rd # 700, Coral Gables, FL 33134, Phone: (786) 878-5500

18. Dwayne Sansone, CFO (Interim – Apricus), Apricus Health - 7155 Old Katy Road, Suite N243; Houston, TX 77024

19. Troy Smith CEO (Interim – Apricus), Apricus Health - 7155 Old Katy Road, Suite N243; Houston, TX 77024

20. Liz Swearingen, MS CISBA, ACO Director of Data and Analytics, Data Analyst, Population Health Data Manager, 1215 Coulter St S, Amarillo, TX 79106, Phone: (806) 358-8331

21. David Tyson, M.D., President, Amarillo Family Physicians Clinic, PA, 1215 Coulter St S, Amarillo, TX 79106, Phone: (806) 358-8331

22. Tyler Wilson, Catalyst - Sr. Director, Medicare Programs, 8277 Belleview Drive, Plano, Texas 75024

*The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.*

None.

*An appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.*

The documents or other exhibits Genuine Health Group, LLC expects to, or may, offer into evidence are as follows:

3

# EXHIBIT LIST

| Document Description | Identification | Expect to Offer | May Offer |
|---|---|---|---|
| Plaintiff's Expert Designations | Zallar Deposition Ex. 2 | | X |
| 2023-12-04<br>ALMA's Answers to GHG's 1st Interrogatories | Zallar Deposition Ex. 4 | | X |
| 2023-12-04<br>AMS's Answers to GHG's 1st Interrogatories | Deposition Ex. 5 | | X |
| 2023-12-04<br>AFP's Answers to GHG's 1st Interrogatories | Tyson Deposition Ex. 6 | | X |
| 2023-04-20<br>Affidavit of Mary Jo Zallar | Zallar Deposition Ex. 7<br>ECF 20-1 | X | |
| 2023-06-09<br>Declaration of Dr. William Biggs | Biggs Deposition Ex. 8<br>ECF 33-1 | X | |
| ALMA/AMS Membership Interest Table | Zallar Deposition Ex. 10 | | X |
| 2022-04-05<br>Contract Committee Meeting Minutes | Zallar/Biggs Deposition Ex. 11 | X | |
| 2022-04-06<br>Email from Amelia Nelson | Zallar/Biggs Deposition Ex. 12<br>ALMA 976-978 | X | |
| 2022-04-22<br>Black email to Amelia Nelson | Zallar/Biggs Deposition Ex. 13<br>ALMA 989-992 | X | |
| 2022-04-13<br>Quality Committee Meeting Minutes | Zallar/Biggs Deposition Ex. 14 | X | |
| 2022-05-03<br>ALMA ACO Board Meeting Minutes | Zallar/Biggs Deposition Ex. 15 | X | |
| 2022-05-26<br>Black email to Dr. Biggs/Zallar | Zallar/Biggs Deposition Ex. 16<br>ALMA 20 | X | |
| 2022-05-03<br>Emails regarding NDA | Zallar/Biggs Deposition Ex. 17<br>ALMA 1008-1010 | X | |
| 2022-07-08<br>Contract Committee Special Meeting Minutes with Clover presentation | Zallar/Biggs Deposition Ex. 18 | X | |
| 2022-07-08<br>Gamil Kharfan email | Zallar/Biggs Deposition Ex. 19<br>ECF 20-1, p. 16-17 | | X |

| | | | |
|---|---|---|---|
| 2022-07-26<br>Black email | Zallar/Biggs Deposition Ex. 20<br>Doc 20-1, p. 11-14 | X | |
| 2022-07-27<br>ALMA ACO REACH Side-By-Side Vendor Comparisons | Zallar/Biggs Deposition Ex. 21<br>ALMA 164-169 | X | |
| 2022-07-31<br>Black email | Zallar/Biggs Deposition Ex. 22<br>ECF 20-1, p. 19-21 | X | |
| 2022-08-02<br>ALMA Board Meeting Minutes | Zallar/Biggs Deposition Ex. 23<br>ALMA 701-706 | X | |
| AKOS MD IPA, LLC<br>ACO REACH Manager Agreement between AKOS MD IPA, LLC and ALMA | ECF 33-1<br>Deposition Ex. 24 | X | |
| 2022-08-02<br>Black email with Shared Savings Visual | Zallar/Biggs Deposition Ex. 25<br>ECF 20-1, p. 23-25 | X | |
| 2022-08-02<br>GHG Direct 2022 DCE In-Service Materials | Nelson Deposition Exhibit 93<br>ALMA 852-876 | | X |
| 2022-08-02<br>HIPAA Business Associate Agreement with Cisne Health (draft) | ECF 20-1, p. 53-90<br>Deposition Ex. 27 | X | |

| | | | |
|---|---|---|---|
| 2022-08-03<br>Black email to Dr. Biggs/Zallar | Zallar Deposition Ex. 28<br>ALMA 67-69 | X | |
| 2022-08-04<br>Y. Yunis Teams Meeting invite | Zallar Deposition Ex. 29<br>ECF 20-1, p. 97 | | X |
| 2022-08-10<br>Black email to Zallar | Zallar Deposition Ex. 30<br>ECF 20-1, p. 102-104 | X | |
| 2022-08-15<br>Black email to Zallar | Zallar Deposition Ex. 31<br>ECF 20-1, p. 99-100 | | X |
| 2022-08-18<br>Black email to Dr. Biggs/Zallar | ECF 20-1, p. 106-107<br>Deposition Ex. 32 | | X |
| 2022-08-19<br>Email re: FMC affiliating with Catalyst | Zallar Deposition Ex. 33<br>ALMA 1214 | X | |

| Date / Description | Reference | | |
|---|---|---|---|
| 2022-08-23<br>AMS Physician Board Meeting Minutes | Zallar Deposition Ex. 34 | X | |
| 2022-08-29<br>Leimbach to AKOS with example of Managed Services Group, SS Illustration 8.23.xlsx | ECF 28-1, GHG Appendix 5<br>Deposition Ex. 35 | | X |
| 2022-08-26<br>Leimbach email re: disclaimers | ECF 28-1, GHG Appendix 4<br>Deposition Ex. 36 | | X |
| 2022-08-29<br>Kwolek email to Dr. Biggs/Zallar | ALMA 1842<br>Deposition Ex. 37 | | X |
| 2022-08-30<br>Black email re: AKOS MD IPA and GH Direct, seat on ACO Board | Deposition Ex. 38<br>ECF 20-1, p. 122 | | X |
| 2022-09-01<br>Google Meet invite from Black | ECF 20-1, p. 114<br>Deposition Ex. 39 | X | |
| 2022-09-02<br>AKOS MD IPA, LLC ACO REACH Manager Agreement with ALMA – executed by Dr. William Biggs | Deposition Ex. 40 | X | |
| 2022-09-02<br>AKOS MD IPA, LLC Amended and Restated Participant Provider Agreement between AKO and AMS, executed by Dr. William Biggs | Zallar/Biggs/Tyson Deposition Ex. 41 | X | |
| 2022-09-02<br>Black email to Biggs attaching Shared Saving Illustration | Zallar/Biggs Deposition Ex. 42<br>ECF 20-1, p. 109-112 | X | |

| Date / Description | Reference | | |
|---|---|---|---|
| 2022-09-02<br>Black email to Zallar "Congratulations … AKOS and GH Direct" | ECF 20-1, p. 118<br>Deposition Ex. 43 | X | |
| 2022-09-02<br>Special called ALMA Board Meeting Minutes | Zallar/Biggs Deposition Ex. 44 | X | |
| 2022-09-12<br>Black email to Zallar "as you know we are part of Genuine" | ECF 20-1, p. 120<br>Deposition Ex. 45 | X | |
| Attachment A – Provider Joinder Agreement bound by ACO Reach Participant Provide Agreement | ALMA 847-849<br>Deposition Ex. 46 | | X |
| 2022-10-12<br>Quality Committee Meeting Minutes | Deposition Ex. 47 | X | |
| 2022-10-17<br>Special ALMA Board Meeting Minutes | Zallar Deposition Ex. 48 | X | |
| 2022-11-01<br>ALMA ACO-ACO Board Meeting Agenda and Minutes | Deposition Ex. 49 | X | |

6

| Date / Description | Exhibit / Bates | | |
|---|---|---|---|
| 2022-11-10<br>Black email re: invitation to OnBoarding meeting | ALMA 131-132<br>Deposition Ex. 50 | X | |
| 2022-11-21<br>Zallar email to Biggs | Zallar Deposition Ex. 51<br>ALMA 1664 | | X |
| 2023-04-17<br>Text messages between Zallar and Black | Zallar Deposition Ex. 52<br>ALMA 150-158 | | X |
| 2022-12-15<br>Zallar email to CMS | Biggs Deposition Ex. 53<br>ALMA 470 | | X |
| 2022-12-16<br>Letter from R. Biggs to Black and Sansone | Zallar/Biggs Deposition Ex. 54<br>ALMA 147, 1807-1808 | X | |
| 2022-12-19<br>Communication between Dr. Biggs and Sansone | Biggs Deposition Ex. 55<br>ALMA 1711, 148 | | X |
| 2022-12-16<br>Dr. Biggs to R. Biggs re: probable contract breach/mess and contact with Black | ALMA 1698-1700<br>Deposition Ex. 56 | X | |
| 2022-12-19<br>Dr. Biggs to group of doctors re: ACO Reach problems | Biggs Deposition Ex. 57<br>ALMA 1712-1715 | | X |
| 2022-12-19<br>Dr. Biggs to Mohammed and group re: ACO Reach problems | ALMA 1720<br>Deposition Ex. 58 | | X |
| 2022-12-19<br>Zallar email to Dr. Biggs re Option for 2023 for ALMA | Zallar Deposition Ex. 59<br>ALMA 1709 | | X |
| 2022-12-20<br>Dr. Biggs letter to CMS | Zallar Deposition Ex. 60<br>ALMA 1751, 1811-1812 | | X |
| 2023-02-01<br>Zallar emails with CMS | Zallar/Biggs Deposition Ex. 61<br>ALMA 233-234 | | X |
| 2022-12-20<br>Zallar email to David Pittman | Zallar/Biggs Deposition Ex. 62<br>ALMA 1729-1732 | | X |
| 2022-12-21<br>Dr. Biggs to group of doctors<br>Update on ACO Reach problems | Zallar/Biggs Deposition Ex. 63<br>ALMA 1758-1760 | | X |

| Date / Description | Reference | | |
|---|---|---|---|
| 2022-12-22<br>Dr. Biggs to group of doctors re: Medicare consideration of letting back in MSSP | ALMA 1782-1789<br>Deposition Ex. 64 | | X |
| 2023-02-07<br>ALMA ACO Board meeting minutes | Biggs Deposition Ex. 65 | X | |
| 2023-09-05<br>AMS and Agilon Health Participant Provider Agreement | Deposition Ex. 66 | | X |
| 2019-07-01<br>ALMA ACO Participation Agreement with AMS | Zallar/Biggs Deposition Ex. 67<br>ALMA 291-311 | X | |
| 2019-07-01<br>ALMA ACO Participation Agreement with AFP | Zallar/Biggs/Tyson Deposition Ex. 68<br>ALMA 312-332 | X | |
| 2022-08-02<br>Richard Biggs' Metadata search on Shared Savings Visual | Zallar Deposition Ex. 69<br>ECF 20-1, p. 116 | | X |
| 2022-08-17<br>Email between Zallar and Black re: contracts | ALMA 73<br>Deposition Ex. 70 | | X |
| Table 3: Shared Savings/Loss Calculation Excerpts from Settlement Statements 2022-2022 | Deposition Ex. 72 | X | |
| ALMA General Ledger as of Dec. 31, 2022 ALMA documents produced under subpoena from Lemert Holder | Deposition Ex. 73 | | X |
| 2021 v. 2022 Score and Performance | Zallar Deposition Ex. 74 | X | |
| ALMA Website | amarilloaco.com<br>Deposition Ex. 75 | X | |
| 2022-08-22<br>Catalyst Contract | Biggs Deposition Ex. 77<br>ALMA 337-339 | | X |
| 2022-08-26<br>ALMA Pending Contract Requests | GHG 442<br>Deposition Ex. 78 | | X |
| 2024-06-10<br>Young Firm PC Letter to Richard Biggs – 2nd Discovery Cure Letter | Deposition Ex. 76 | | X |

| | | | |
|---|---|---|---|
| 2024-08-08<br>ALMA Amended Answers to Interrogatories | Biggs Deposition Ex. 79 | | X |
| 2022-12-22<br>Email from Dr. Biggs to Dr. Keister | Biggs Deposition Ex. 80<br>ALMA 220-238 | | X |
| 2024-09-09<br>ALMA's 2d Amended Answers to Interrogatories | Deposition Ex. 81 | | X |
| 2024-09-09<br>Email from R. Biggs re: numbers for Interrogatory Number 8 answer | Deposition Ex. 82 | X | |
| Loss of Capitation payments | Biggs/Tyson Deposition Ex. 83 | | X |
| Summary of Plaintiffs' changing damages allegations | Biggs Deposition Ex. 84 | | X |
| 2022-08-25<br>Catalyst contract for 2022 ACO | Biggs Deposition Ex. 85 | | X |
| 2022-09-07<br>Email for Nelson to sign Attachment A | ALMA 114<br>Deposition Ex. 86 | | X |
| 2022-12-20<br>Letter to rescind withdrawal from MSSP | ALMA 488-489<br>Deposition Ex. 87 | | X |
| Meeting Minutes from Nelson deposition | Nelson Deposition Ex. 88 | | X |
| Information for ACO meeting | Nelson/Tyson Deposition Ex. 89 | X | |
| 2022-07-26<br>Email between Black and Zallar regarding contract offering | Nelson Deposition Ex. 90 | | X |
| 2022-04-06<br>Nelson email to Biggs with Apricus/Black contact<br>Email with Catalyst<br>Series of emails which Nelson brought to deposition | Nelson Deposition Ex. 91<br>ALMA 976<br>ALMA 1132 | | X |
| Ex. A-10 to ECF 20-1<br>Series of emails that Nelson brought to deposition | Nelson Deposition Ex. 92 | | X |
| Genuine Health Direct materials | Nelson Deposition Ex. 93 | | X |
| 2023-01-01<br>AKOS Amended and Restated Participant Provider Agreement | Tyson Deposition Ex. 98 | X | |

| | | | |
|---|---|---|---|
| 2022-08-15<br>Amended and Restated Participant Provider Agreement | Tyson Deposition Ex. 99<br>AFP 212-242 | | X |
| 2025-06-19<br>Young Firm PC Letter to Richard Biggs – Discovery Cure Letter After Nelson Deposition | Tyson Deposition Ex. 102 | | X |
| GHG Expert Report | ECF 76 | | X |
| GHG Rebuttal Expert Report | ECF 104 | | X |
| ACO REACH Financial and Quality Results 2022 – AKOS MD IPA, LLC | ECF 136-15 | | X |
| ACO – Total Cost of Care Report | ECF 136-17 | | X |
| Plaintiffs' Damage Calculation Corrected | ECF 136-18 | | X |
| ALMA's 2021 Performance Year Financial Reconciliation Report MSSP – July 1, 2019 Agreement Start Date | ECF 136-19 | | X |
| ALMA's 2022 Performance Year Financial Reconciliation Report MSSP July 1, 2019 Agreement Start Date | ECF 136-20 | | X |
| July 29, 2022 Email from William Biggs M.D. to Mary Jo Zallar<br>Re: Medicare PMPM analysis | ECF 136-21 | | X |
| Plaintiff AMS Profit & Loss – 2022 Cash Basis | ECF 136-23 | | X |
| Mary Black Arizona lawsuit v. Apricus, et al | ECF 156-5 | | X |
| GHG Second Request for Production to Plaintiffs | Tyson Deposition Ex. 101 | | X |
| GHG First Request for Production to Plaintiffs | Tyson Deposition Ex. 100 | | X |
| Plaintiffs' Rule 16(a)(1) Initial Disclosures | Tyson Deposition Ex. 80-A | | X |
| September 4, 2024 Third-Party Defendant Mary Black's Answers to Third-Party Plaintiff Genuine Health Group, LLC's Interrogatories with signed Verification dated Sept. 6, 2024 | | | X |

      GHG reserves the right to supplement this list with any other authentic and admissible documents produced by Plaintiffs or Defendants in discovery, any new documents made available by Plaintiffs or Defendants to which GHG has no objection, any documents necessary for responding to any documents hereafter produced by Plaintiffs, any documents listed by Plaintiffs in its Fed. R. Civ. P. 26(a)(3) disclosures to which GHG has no objection as to authenticity and admissibility, and any documents that GHG notifies Plaintiffs of prior to the trial of this matter. Additionally, GHG reserves the right to change the Bates Number(s) designation if there is an error including a typographical error or if any page numbers are missing. Finally, GHG may divide listed exhibits into separate exhibits or subpart exhibits as circumstances warrant.

      Additionally, GHG cross-designates any and all documents and witnesses identified by any party in this case.

Respectfully submitted,

By: /s/ Jeremi K. Young

STONE HILTON
Christopher D. Hilton, TX SBN 24087727
Judd E. Stone II, TX SBN 24076720
600 Congress Ave., Suite 2350
Austin, TX 78701
Phone: (737) 465-3897
judd@stonehilton.com

YOUNG FIRM, PC
Jeremi K. Young, TX SBN 24013793
301 S. Polk St., Suite 320
Amarillo, Texas  79101
Tel:  (806) 331-1800
Fax:  (806) 398-9095
jyoung@youngfirm.com

-     AND  -

Carol C. Lumpkin, FL SBN 797448
Hunton Andrews Kurth, LLP
Admitted Pro Hac Vice
333 S.E. 2nd Av., Suite 2400
Miami, Florida 33131
Tel: (305) 810-2500
clumpkin@hunton.com

**Attorneys for**
**Genuine Health Group, LLC**

11

**CERTIFICATE OF SERVICE**

  I hereby certify that, on the 10th day of November 2025, the foregoing document was electronically transmitted to the Clerk of the Court for filing via the Court's ECF System, and service of Notice of Electronic Filing was made to the ECF registrants shown below:

Richard Biggs
MULLIN HOARD & BROWN, L.L.P.
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
E-mail: rbiggs@mhba.com

Graigory B. Fancher
Austin L. Caldera
BOURLAND, WALL & WENZEL, P.C.
301 Commerce Street, Suite 2500
Fort Worth, Texas 76102-4125
Email: gfancher@bwwlaw.com
acaldera@bwwlaw.com

Shawn Twing
TWING LAW GROUP
5005 Lexington Sq.
Amarillo, TX 79119-6576
Email: shawn@twinglawgroup.com

                 /s/ Jeremi K. Young
                 Jeremi K. Young