IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-026-Z-BR |
| AKOS MD IPA, LLC, *et al.*, | |
| Defendants, | |
| GENUINE HEALTH GROUP, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| MARY BLACK, | |
| Third-Party Defendant. | |

**ORDER**

The Court held Oral Argument in this case earlier today, December 5, 2025. During Oral Argument, the parties requested leave to file supplemental briefing. The Court **GRANTS** Plaintiffs and Defendant Genuine Health Group, LLC ("GHG") leave to file supplemental briefs, not to exceed ten (10) double-spaced pages each, **on or before December 12, 2025, by 5:00 p.m. (CST).** Topics of supplemental briefing may include, but are not limited to: (1) the federal rule that imposes an Accountable Care Organization ("ACO") registration deadline; (2) any direct communications between GHG and Plaintiffs; (3) *Skidmore Energy, Inc. v. KPMG*, 455 F.3d 564 (5th Cir. 2006), which Defendants referenced in response to the Court's questions about sanctions; and (4) any other contracts Plaintiffs allege that Defendants unlawfully interfered with.

**SO ORDERED.**

December 5, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE