IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-026-Z-BR |
| AKOS MD IPA, LLC, *et al.*, | |
| Defendants, | |
| GENUINE HEALTH GROUP, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| MARY BLACK, | |
| Third-Party Defendant. | |

## JUDGMENT

The Court **GRANTED** Defendant Genuine Health Group, LLC's (GHG") Motion for Sanctions and **AWARDED** GHG all reasonable expenses incurred in litigating its Motion. The Court also **DISMISSED** the case with prejudice under its inherent sanction power.

Judgment is rendered accordingly.

**SO ORDERED**.

February 3, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE