IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AKOS MD IPA, LLC, *et al.*, <br><br> Defendants, <br><br> GENUINE HEALTH GROUP, LLC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> MARY BLACK, <br><br> Third-Party Defendant. | 2:23-CV-026-Z-BR |

**ORDER**

The Court **GRANTED** Defendant Genuine Health Group, LLC's ("GHG") Motion for Sanctions and **AWARDED** GHG its reasonable expenses incurred in litigating the Motion. ECF Nos. 212, 213. GHG is accordingly **ORDERED** to submit an attorney's fees and expenses affidavit **no later than 5:00 p.m. (CST) on Tuesday, February 10, 2026**.

**SO ORDERED**.

February 3, 2026.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE