IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| AMARILLO MEDICAL SPECIALISTS, LLP, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>AKOS MD IPA, LLC, *et al.*,<br><br>    Defendants,<br><br>GENUINE HEALTH GROUP, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MARY BLACK,<br><br>    Third-Party Defendant. | 2:23-CV-026-Z-BR |

**JUDGMENT AS TO RULE 11 SANCTION**

The Court previously **GRANTED** Defendant Genuine Health Group, LLC's (GHG") Motion for Sanctions and **AWARDED** GHG all reasonable expenses incurred in litigating its Motion. Today, the Court set the amount of expenses awarded at $25,000.

Judgment is rendered accordingly.

**SO ORDERED**.

March 13, 2026.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE